CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Harry Finkle, Esq. (SBN 51925)
LAW OFFICES OF HARRY FINKLE
P.O. BOX 461
Carmel By the Sea, CA 93921
Telephone: 831-622-9124
E-Mail: HFinkle351@aol.com
Attorney for Defendant
The VPS Companies, Inc.

Jee Soo Kim, Esq. (SBN 165621)
11501 Dublin Blvd., Ste. 319
Dubin, CA 94568
Telephone: 925-452-8271
Facsimile: 866-213-0172
E-Mail: jeeskim@yahoo.com
Attorney for Defendants
Jong Hee Chang and Gu Hee Chang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No.: 5:22-cv-02119-SVK |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| THE VPS COMPANIES, INC., a California Corporation; JONG HEE CHANG; GU HEE CHANG, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all

parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 29, 2022      CENTER FOR DISABILITY ACCESS

By:  /s/ Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff

Dated:      LAW OFFICES OF HARRY FINKLE

By:  _____
     Harry Finkle
     Attorneys for Defendant
     The VPS Companies, Inc.

Dated:

By:  _____
     Jee Soo Kim, Esq.
     Attorneys for Defendants
     Jong Hee Chang and Gu Hee Chang

| | | |
|---|---|---|
| 1 | Dated: | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | Dated: 9/7/22 | LAW OFFICES OF HARRY FINKLE |

By: *(signature)*
Harry Finkle
Attorneys for Defendant
The VPS Companies, Inc.

Dated:

By: _____
Jee Soo Kim, Esq.
Attorneys for Defendants
Jong Hee Chang and Gu Hee Chang

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Harry Finkle, counsel for The VPS Companies, Inc., and Jee Soo Kim, counsel for Jong Hee Chang and Gu Hee Chang that I have obtained authorization to affix their electronic signature to this document.

Joint Stipulation                    -2-                    5:22-cv-02119-SVK

1  Dated:                          CENTER FOR DISABILITY ACCESS

                                   By: _____
                                        Amanda Seabock
                                        Attorneys for Plaintiff


5  Dated:                          LAW OFFICES OF HARRY FINKLE




                                   By: _____
                                        Harry Finkle
                                        Attorneys for Defendant
                                        The VPS Companies, Inc.




13 Dated:

                                   By: _____
                                        Jee Soo Kim, Esq.
                                        Attorneys for Defendants
                                        Jong Hee Chang and Gu Hee Chang










                          **SIGNATURE CERTIFICATION**


I hereby certify that the content of this document is acceptable to Harry Finkle, counsel for The VPS Companies, Inc., and Jee Soo Kim, counsel for Jong Hee Chang and Gu Hee Chang that I have obtained authorization to affix their electronic signature to this document.


Joint Stipulation                        -2-                       5:22-cv-02119-SVK